IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. BOARDMAN,<br><br>    Plaintiff,<br><br>v.<br><br>INGALDSON FITZGERALD, P.C., WILLIAM H. INGALDSON, and DOES 1 to 20, inclusive,<br><br>    Defendants. | CASE NO.: 3:20-cv-01085-SK<br>*Assigned to the Hon. Sallie Kim, San Francisco Courtroom C – 15th Floor*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION – FRCP 12(b)(2)** |

This matter is before the Court upon Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. Based on all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is granted.

Dated: _____

_____
MAGISTRATE JUDGE SALLIE KIM